1  Joseph G. Dicks, SBN 127362
2  Linda G. Workman, SBN 128621
   DICKS & WORKMAN, APC
3  750 B Street, Suite 2720
   San Diego, California 92101
4  Telephone: (619) 685-6800
   Facsimile: (619) 557-2735
5  Email: jdicks@dicks-workmanlaw.com

6  Shana J. Black, SBN 211231
   LAW OFFICE OF SHANA J. BLACK
7  8880 Rio San Diego Drive, Suite 800
   San Diego, California 92108
8  Telephone: (619) 557-0122
   Facsimile: (619) 342-8212
9  Email: shana.j.black@gmail.com

10 Attorneys for UNITED BRANDS COMPANY, INC., Defendant

11            **UNITED STATES DISTRICT COURT**

12       **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| BREANNA CUEVAS, as an individual, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UNITED BRANDS COMPANY, INC., a California corporation; 7-ELEVEN, INC., a Texas corporation; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 11-cv-00387-R (OPx)<br><br>**NOTICE OF RULING ON MOTION TO CONSOLIDATE CASES AND CHANGE VENUE IN RELATED CASE** |

1  Defendants filed a Motion to Consolidate Cases and Change Venue
2  requesting that this case (the "Cuevas Action") be consolidated with a related case
3  entitled, *Krystal Bonilla v. United Brands, et al.*, Case No. 11-cv-00386-PA
4  (DTBx) (the "Bonilla Action"), and that the cases be transferred to the Southern
5  District of California.
6  Defendants simultaneously filed a Motion to Consolidate Cases and Change
7  Venue in the Bonilla Action requesting that the Bonilla Action be consolidated
8  with the Cuevas Action and be transferred to the Southern District of California.
9  On March 21, 2011, Judge Percy Anderson ruled in the Bonilla Action.
10 Judge Anderson denied the Motion to Consolidate the Cases and granted the
11 Motion to Change Venue to the Southern District of California.  A copy of Judge
12 Anderson's Order in the Bonilla Action is attached as Exhibit "A."

14 Dated:  March 23, 2011                    DICKS & WORKMAN, APC

16                               By:   /s/ Joseph G. Dicks
                                        Joseph G. Dicks
17                                      Linda G. Workman
                                        Attorneys for Defendant
18                                      United Brands Company, Inc.