# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
## CIVIL MINUTES - GENERAL

CASE NO.: CV-11-387-R                                                     **Date:** April 4, 2011

TITLE: BREANNA CUEVAS V. UNITED BRANDS CO INC et al
==================================================================
PRESENT:

HON. MANUEL L. REAL, JUDGE

| William Horrell | Maria Bustillos |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:            ATTORNEYS PRESENT FOR DEFENDANTS:

                                                                          Joseph Dicks
                                                                          John Lombardo

**PROCEEDINGS:** Defendants' unopposed motion to consolidate cases and change venue (fld 2-18-11)


The parties submit on their papers as filed.

The Court GRANTS defendants' motion to change venue, for reasons as stated on the record.. The motion to consolidate is moot.

Defendants shall submit a proposed order.


                                                                                    3 min

MINUTES FORM 90                                              Initials of Deputy Clerk   WH
CIVIL -- GEN